PETER O. DUNCAN, Respondent, v. JOHN E. MCMURTRY et al., Copartners, under the Firm Name of JOHN E. MCMURTRY & Co., Appellants.

(Argued July 3, 1934; decided October 2, 1934.)

*Hamilton M. Dawes* for motion.
*John J. Cunneen* opposed.
Motion denied, without costs.

MALVINA COOPER, Appellant, v. MORRIS E. GOSSETT, Respondent.

(Submitted July 3, 1934; decided October 2, 1934.)

Motion to amend remittitur denied, with ten dollars costs and necessary printing disbursements. (See 263 N. Y. 491.)